IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEXIS FOST,<br>    Plaintiff,<br><br>v.<br><br>CHARLES KENNEDY, *et al.*,<br>    Defendants. | :<br>:<br>:<br>: Civil No. 5:21-cv-03262-JMG<br>:<br>:<br>: |

### ORDER

**AND NOW**, this 11th day of July, 2022, after careful consideration of Plaintiff's Motion to Compel (ECF No. 62), Defendants' response thereto (ECF No. 65), and for the reasons provided in the accompanying Memorandum Opinion, it is **HEREBY ORDERED** that Plaintiff's Motion (ECF No. 62) is **DENIED in part and GRANTED in part** as follows:

1. Within fourteen (14) days of the date of this Order, Defendants **SHALL** provide full and complete responses to Plaintiff's punitive damages discovery requests.

2. Within seven (7) days of the date of this Order, Defendants **SHALL** certify in writing that they do not possess documents responsive to Request for Production #9.

3. Within seven (7) days of the date of this Order, Defendants **SHALL** certify in writing that they have produced all documents responsive to Request for Production #16 that are within their possession, custody, or control.

4. Plaintiff's Motion is **DENIED** with respect to Request for Production #1 and Request for Production #14.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge